| | | | |
|---|---|---|---|
| | AUSA: Rawsthorne | Telephone: | (810) 766-5177 |
| AO 91 (Rev. 11/11)  Criminal Complaint | Agent: Vincent | Telephone: | (810) 989-5056 |

# UNITED STATES DISTRICT COURT
for the

### Eastern District of Michigan

United States of America

   v.

## Juan Gerardo Ramirez-Garcia,

Case: 4:26-mj-30200
Judge: Ivy, Curtis

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ April 15, 2026 _____ in the county of _____ Lapeer _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Section 1326(a) | Unlawful Re-entry after Removal from the United States |

This criminal complaint is based on these facts:

On or about April 15, 2026, in the Eastern District of Michigan, Juan Gerardo RAMIREZ-GARCIA, an alien from Mexico was found in the United States after having been denied admission, excluded, deported, and removed therefrom on or about December 8, 2016 at or near El Paso, Texas, and not having obtained the express consent of the Attorney General of the United States or the Secretary of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Mark I. Vincent, Border Patrol Agent
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  April 17, 2026

_____
*Judge's signature*

City and state:  Flint, Michigan

Hon. Curtis Ivy, Jr., United States Magistrate Judge
_____
*Printed name and title*

**AFFIDAVIT**

I, Mark I. Vincent, declare the following under penalty of perjury:

1.  I am a Border Patrol Agent with the United States Border Patrol, and I have been employed in this capacity since December of 2009.  Currently, I am assigned to the Marysville Border Patrol Station.  The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Border Patrol Agents and record checks of law enforcement databases.  I have also reviewed material from the official immigration file and system automated data relating to Juan Gerardo RAMIREZ-GARCIA, which attests to the following:

2.  Juan Gerardo RAMIREZ-GARCIA is a thirty-year-old male, native and citizen of Mexico, who claims to have last entered the United States at or near El Paso, Texas in 2021, without being admitted, inspected or paroled by an Immigration Officer.

3.  On or about November 3, 2016, RAMIREZ-GARCIA was arrested by U.S. Border Patrol Agents at or near El Paso, Texas. RAMIREZ-GARCIA was issued an Expedited Order of Removal (ER) and referred to the AUSA for prosecution of Title 8, United States Code, Section 1325(a)(1) (Illegal Entry).

4.  On or about November 4, 2016, RAMIREZ-GARCIA was convicted by an Immigration Judge in the western district of Texas of Title 8, United States Code, Section 1325(a)(1) (Illegal Entry). RAMIREZ-GARCIA was sentenced to time served and one-year probation-unsupervised.

5.  On or about November 9, 2016, RAMIREZ-GARCIA was removed from the United States to Mexico via El Paso, Texas.

6.  On or about December 7, 2016, RAMIREZ-GARCIA was again arrested by U.S. Border Patrol Agents at or near El Paso, Texas. RAMIREZ-GARCIA's final order of removal was Reinstated.

7.  On or about December 8, 2016, RAMIREZ-GARCIA was removed from the United States to Mexico via El Paso, Texas.

1

8.    On or about May 29, 2020, RAMIREZ-GARCIA was encountered by U.S. Border Patrol Agents after illegally entering the U.S. at or near Santa Teresa, New Mexico. RAMIREZ-GARCIA was expelled back to Mexico under the safeguards of Title 42 of the U.S. Code.

9.    On or about June 2, 2020, RAMIREZ-GARCIA was again encountered by U.S. Border Patrol Agents after illegally entering the U.S. at or near Santa Teresa, New Mexico. RAMIREZ-GARCIA was expelled back to Mexico under the safeguards of Title 42 of the U.S. Code.

10.   On or about July 7, 2020, RAMIREZ-GARCIA was yet again encountered by U.S. Border Patrol Agents after illegally entering the U.S. at or near Santa Teresa, New Mexico. RAMIREZ-GARCIA was expelled back to Mexico under the safeguards of Title 42 of the U.S. Code.

11.   On or about June 1, 2025, RAMIREZ-GARCIA was arrested by the Goshen Police Department in Indiana for Operating a Vehicle While Intoxicated-Endangerment and Possession of Marijuana. There is no disposition for this arrest.

12.   On April 15, 2026, RAMIREZ-GARCIA was encountered by a U.S. Border Patrol Agent from the Marysville Station, while assisting another law enforcement agency on a traffic stop in Lapeer Township, Michigan. RAMIREZ-GARCIA was placed under arrest by the U.S. Border Patrol Agent for being illegally present in the United States. RAMIREZ-GARCIA's final order of removal was again Reinstated.

13.   RAMIREZ-GARCIA stated that he has lived and worked in several states to include; Minnesota, Indiana and Michigan. RAMIREZ-GARCIA stated that he does not have any children and the has no family in the United States. At the time of his arrest, RAMIREZ-GARCIA stated that he lives in Lapeer, Michigan, working at the Mexico Lindo Restaurant. The address and restaurant RAMIREZ-GARCIA claims to live and work at are known to Marysville Border Patrol Agents from previous arrests to house and employ illegal aliens.

14.   The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any

2

alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

15. Review of records from the alien file (A# xxx xxx 473) for RAMIREZ-GARCIA and queries in U.S. Department of Homeland Security databases confirm that no record exists of RAMIREZ-GARCIA obtaining permission from the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States following his last removal on or about December 8, 2016.

16. Based on the above information, there is probable cause to believe that, on or about April 15, 2026, at or near Lapeer Township, in the Eastern District of Michigan, Southern Division, Juan Gerardo RAMIREZ-GARCIA, an alien from Mexico, was found in the United States after having been denied admission, excluded, deported, and removed therefrom on or about December 8, 2016, at or near El Paso, Texas, and not having obtained the express consent from the Attorney General of the United States or from the Secretary of the Department of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

_____
Mark I. Vincent, Border Patrol Agent
U.S. Department of Homeland Security

Sworn to before me and signed in my presence and/or by reliable electronic means on this 17th day of April, 2026.

_____
Honorable Curtis Ivy, Jr.
United States Magistrate Judge

3